Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the

District of

2023 APR 21 PM 1:39

MIDDLE DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Division

Cynthia Denise Benefield

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Gregory Lee Anderson

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:23-cv-734-CEM-EJK
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cynthia D. Benefield
Street Address: 9837 E. Colonial Drive
City and County: Jacksonville, FL (Duval)
State and Zip Code: Orlando, FL (Orange County)
Telephone Number: 407-641-6320
E-mail Address: cindyabenefield@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Gregory Lee Anderson
- Job or Title (if known): Semi Truck Driver / Coach Detaile Driver / Driver
- Street Address: Duval County
- City and County: Jacksonville, Florida 32209
- State and Zip Code: (404) 412-3935
- Telephone Number: not available
- E-mail Address (if known):

Defendant No. 2
- Name: Floyd Washington
- Job or Title (if known): Self Employed Transportation Logisitics
- Street Address:
- City and County: Jacksonville, Florida (Duval)
- State and Zip Code: 32209, 32208
- Telephone Number: Not Available
- E-mail Address (if known): Floyd_washington@yahoo.com

Defendant No. 3
- Name: Vincent Robinson
- Job or Title (if known): Radio Announcer
- Street Address: Not Known
- City and County: Jacksonville, FL (Duval Cty)
- State and Zip Code: 32209, 32208, 32202
- Telephone Number: Not Known
- E-mail Address (if known):

Defendant No. 4
- Name: Ronda Kimberely Smith
- Job or Title (if known): Call Center Manager 1800we Answer
- Street Address:
- City and County: Jacksonville, FL (Duval)
- State and Zip Code: 32211
- Telephone Number: Not Known
- E-mail Address (if known): RondaRobbie@yahoo.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Gregory Anderson Business License (Oprah Winfrey), is incorporated under the laws of the State of (name) Florida, and has its principal place of business in the State of (name) Florida.

Or is incorporated under the laws of (foreign nation) US,

and has its principal place of business in (name) Florida, Chicago

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy (To Be Determined)

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Over 1 Trillion Dollars (To Be Determined)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. G. Anderson - Stole Business Ideas, Products, Services then used monies from Business Walmart, Jaxport, Love's Truck Stops to hire to inflict harm - Sleep Deprivations 24 hrs Daily with intent to kill or impact Physically, mentally as well as harming my decendents. (Defendants #2, #3, #4 were all hired to harm or cause (Medical Problems, Stroke, Paralysis or Death) Extreme Kill Torture

## IV. Relief

I'm entitled to Damages because I've asked for Relief to no avail. Reasons not wanting to lose power, authority or money

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages *Sleep Deprivation so extreme my eyes burn, my body hurt

Damages that I'm asking for are compensation for Neglect of my Life. Correction Compensation for Unstable Employment History which has made it impossible to get a job or Remain employed via Extreme torture+torment of Military Sleep Deprivation Techniques. I was Denied Lodging Hotels I was Denied Sleep Fearlessly Denied Sleep. I was Denied

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1.) Cruel & Unusual Treatment - Sleep Deprivations over (20 yrs) Causes Dementia, Seizures, Autism

2.) Human Rights Violations - Denied Sleep, Housing, Employment, Money, Transportation, etc.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Cynthia Denise Benefield is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Company Name Not Known, is incorporated under the laws of the State of *(name)* Florida,
      and has its principal place of business in the State of *(name)* Florida

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Gregory Lee Anderson is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* United States

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Money. I was Denied money to get an attorney, to regain my Business Ideas, Ventures, but most importantly I was I am in Retaliation Fear for G. Anderson, V. Robinson, F. Washington & R. Smith & O. Winfrey, W. Williams, etc. Mr. Anderson used Corporate monies to gain friends & influence people to harm me & my children/daughter. My Daughters were injured mentally, emotionally, so was I. My Sons also.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 21, 2023

Signature of Plaintiff: Cynthia Denise Benefield
Printed Name of Plaintiff: Cynthia Denise Benefield

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____